THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* OCIE WILSON, Petitioner-Appellant.

(No. 56735;

First District (3rd Division)—March 15, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.

No appearance for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILTON J. BERGERON, Defendant-Appellant.

(No. 56857;

First District (3rd Division)—March 15, 1973.